# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

```
--------------------------------------------------------------x
                                          :
WhitServe LLC,                            :
                                          :
                Plaintiff,                :        Civil Action No.
                                          :
v.                                        :
                                          :
Dennemeyer & Co. LLC;                     :
Dennemyer & Co. S.á r.l.;                 :
Ladas & Parry LLP;                        :        JURY DEMAND
Patrix USA, Inc.;                         :
Patrix AB;                                :
PAVIS eG;                                 :
Société pour la Gestion Automatisée des   :
Annuités; and                             :
Anaqua, Inc.,                             :
                                          :
                Defendants.               :
                                          :
--------------------------------------------------------------x
```

## 7.1 DISCLOSURE STATEMENT

Plaintiff, WhitServe LLC (a private non-governmental party) identifies the following companies as the party's parent corporation, and the publicly held companies which own 10% or more of the party's stock:

1.    None

Respectfully submitted,

WhitServe, LLC

Date: _July 27, 2010_

By: _____
Gene S. Winter, ct05137
Christopher H. Strate, ct26931
Walter B. Welsh, ct27210
Michael J. Kosma, ct27906
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: litigation@ssjr.com


Attorneys for Plaintiff