UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WHITSERVE LLC, | ) | CIVIL ACTION NO. |
| | ) | 3:10 CV 1182 (RNC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENNEMEYER & CO. LLC, et al., | ) | SEPTEMBER 20, 2010 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1), Plaintiff WhitServe LLC ("WhitServe") hereby dismisses Without Prejudice its Complaint against Anaqua, Inc. ("Anaqua") and SGA2, S.A.S. ("SGA2") (incorrectly identified as "Société pour la Gestion Automatisée des Annuités").  See, *e.g.*, *Guigliano v. Danbury Hospital*, 396 F.Supp.2d 220, 224 (D. Conn. 2005).  Each party shall bear its own costs.

 PLAINTIFF
 WHITSERVE LLC


 By: /s/Gene S. Winter
  Gene S. Winter (ct05137)
  ST.ONGE, STEWARD, JOHNSON  & REENS LLC
  986 Bedford Street
  Stamford, CT 06905
  Telephone: (203) 324-6155
  Facsimile: (203) 327-1096
  Email: litigation@ssjr.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 20, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by U.S. mail, postage prepaid, to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

            */s/Debbi Simms*
            *Debbi Simms*