UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WHITSERVE LLC, | ) | CIVIL ACTION NO. |
| | ) | 3:10-cv-01182-AVC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENNEMEYER & CO. LLC, et al., | ) | September 2, 2011 |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

WHEREAS Plaintiff WhitServe LLC and Defendants Patrix AB and Patrix USA, Inc. (collectively, "Patrix") have entered into a settlement agreement of all matters here in controversy and agreed that all claims asserted in this action should consequently be dismissed without prejudice.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel that all claims asserted in this action be, and the same hereby are, dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  This Court shall retain jurisdiction to enter a permanent injunction should the parties' settlement agreement be violated without cause.  Each party shall bear its own costs.


9/2/11                    By:/s/Gene S. Winter
Date                      Gene S. Winter, ct05137
                          Stephen Ball, ct28234
                          Michael J. Kosma, ct27906
                          ST.ONGE STEWARD JOHNSTON & REENS LLC
                          986 Bedford Street
                          Stamford, Connecticut  06905-5619
                          Telephone: (203) 324-6155
                          Email: litigation@ssjr.com

                          ATTORNEYS FOR PLAINTIFF WHITSERVE LLC

| | |
|---|---|
| 9/2/11 | By:/s/Matthew C. Mousley |
| Date | Matthew C. Mousley |
| | Jeffrey S. Pollack |
| | Duane Morris LLP |
| | 30 South 17th Street |
| | Philadelphia, PA  19103 |

ATTORNEYS FOR DEFENDANTS PATRIX AB AND PATRIX USA, INC.


**IT IS SO ORDERED:**

_____
Honorable Alfred V. Covello
United States District Judge

Dated at Hartford, Connecticut, this _____ day of _____, 2011.